UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:09-CR-82(01) RM |
| ) | |
| DAVID E. BASILE ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on September 28, 2009. Accordingly, the court ADOPTS those findings and recommendations [docket # 22], ACCEPTS defendant David Basile plea of guilty, and FINDS the defendant guilty of Counts 1 and 3 of the Indictment, in violation of 18 U.S.C. § 841(a) (1) and 26 U.S.C. §§ 5845, 5861(d), and 5871.

SO ORDERED.

ENTERED:   October 19, 2009


    /s/ Robert L. Miller, Jr.
Chief Judge
United States District Court